IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIA KARDOSH,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-CV-1344** |
| | : | |
| **CHESTER COUNTY,** *et al.*, | : | |
|     Defendants. | : | |

# ORDER

AND NOW, this 25th day of March, 2025, upon consideration of Plaintiff Julia Kardosh's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), and Motion regarding service by the U.S. Marshal (ECF No. 6), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Court's Memorandum.

4. The Motion to Withdraw Request for U.S. Marshal or Someone Specially Appointed to Service Pursuant to Rule 4(c) (ECF No. 6) is **DENIED AS MOOT**.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ Juan R. Sánchez
**JUAN R. SÁNCHEZ, J.**